# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA DIRECT INSURANCE
COMPANY, A NEVADA COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
MICHAEL SMITH AND SHARON
SMITH AS ASSIGNEES OF GAY
KUPERMAN; AND GAY KUPERMAN,
Real Parties in Interest.

No. 68905

**FILED**

FEB 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to stay the underlying proceedings pending resolution of an appeal in a related matter. In light of this court's resolution of Nevada Direct Insurance's appeal in Docket No. 66561, the issue presented in this writ petition is moot. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.          _____, J.
Saitta                                Pickering

cc:    Hon. Kenneth C. Cory, District Judge
Emerson & Manke, LLP
Ganz & Hauf/Las Vegas
Eighth District Court Clerk